

**FILED**

**JUL 11 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

United States of America, )
 )
v. )
 )
Troy A. Ashley, )
 )
 Defendant. )
 )

ORDER TO REDUCE
TERM OF SUPERVISED RELEASE FOR
SUCCESSFUL COMPLETION
OF REENTRY COURT
(18 U.S.C. 3583(3)(1)

Docket Number: 1:16CR00163-001

On December 2, 2015, the defendant was accepted as a participant in the Reentry Court Program. As of November 30, 2016, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of October 8, 2019.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on April 6, 2012, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_____May 23, 2019_____
Date

_____/s/ Sheila K. Oberto_____
The Honorable Sheila K. Oberto
U.S. Magistrate Judge

IT IS ORDERED that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of October 8, 2019.

_____July 11, 2019_____
Date

_____/s/ Lawrence J. O'Neill_____
The Honorable Lawrence J. O'Neill
Chief U.S. District Judge

cc: Defendant
 Assistant United States Attorney: Not assigned
 Defense Counsel: Not assigned
 FLU Unit – United States Attorney's Office
 Fiscal Clerk - Clerk's Office

Rev. 02/2015
REENTRY COURT_ORDER_TERM REDUCTION .DOTX